**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03050-PAB-STV

CRAIG HOSPITAL

      Petitioner/Claimant,

v.

UNITED HEALTHCARE SERVICES, INC.,
UNITEDHEALTHCARE INSURANCE COMPANY, and
JOHN DOE(S) UNITED HEALTH ENTITY OR ENTITIES,

      Respondents.

---

**PETITIONER'S UNOPPOSED MOTION TO APPEAR REMOTELY FOR HEARING
ON DECEMBER 10, 2024**

---

Petitioner, by and through its attorney, R. Craig Ewing of Ewing Law, PC, submits the within Unopposed Motion to Appear Remotely at the Hearing Set for December 10, 2024, regarding Respondents' Motion to Restrict [# 12], as follows:

**CONFERRAL STATEMENT PURSUANT TO D.C.COLO.LCIVR 7.1**

Undersigned counsel for Petitioner Craig Hospital certifies that he conferred with counsel for Respondents and she has no objection to the relief requested.

**BACKGROUND**

1.     On November 1, 2024, Respondents filed their Motion to Restrict [#12] ("Respondents' Motion").

2.     On November 12, 2024, by way of a Minute Order [# 20], this Court set a hearing on Respondents' Motion for December 10, 2024, at 3:00pm in Courtroom A402.

3.     Counsel for Petitioner Craig Hospital hereby requests leave of Court to appear telephonically or via Webex at the hearing on Respondents' Motion. Good cause

1

2

exists for a remote appearance. The undersigned counsel is recovering from a ruptured right Achilles tendon making travel to the courthouse difficult. In addition, Petitioner has no objection to Respondents' Motion and so stated in its Response to Respondents' Motion for Leave to Restrict [#22].

Respectfully submitted this 3rd day of December 2024.

By:  */s/ R. Craig Ewing*
R. Craig Ewing
EWING LAW, PC
9878 W. Belleview Avenue, #2127
Littleton, Colorado 80123
Tel: (303) 566-9968
rcraigewing@gmail.com
*Counsel Petitioner/Claimant*
*Craig Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2024, this document was filed electronically with the Clerk of Court using the CM/ECF electronic filing system and a copy of such filing will be emailed to the following:

Anna-Liisa Mullis
Jonathan H. Geneus
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Tel: (303) 572-6500
Mullisa@gtlaw.com
Jonathan.Geneus@gtlaw.com
Counsel for Respondents United Healthcare Services, Inc. and
UnitedHealthcare Insurance Company

*/s/ R. Craig Ewing*
R. Craig Ewing

2